## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTOINE W. HARRIS, | ) | 3:19-cv-00049-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 27, 2020 |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Seeking Permission to Engage in Discovery or Seeking Scheduling Conference" (ECF No. 12).

Plaintiff's "Motion Seeking Permission to Engage in Discovery or Seeking Scheduling Conference" (ECF No. 12) is **DENIED** as premature.  Once the Defendant files an answer or otherwise responds to Plaintiff's Amended Complaint (ECF No. 3), the court will enter a scheduling order.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   <u>     /s/                              </u>
         Deputy Clerk