UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE W. HARRIS,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>           Defendants. | Case No.: 3:19-CV-00049-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 25) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 25[1]) entered on January 7, 2021, recommending that the Court grant Defendants' Motion to Dismiss (ECF No. 17).  No objection to the Report and Recommendation has been filled.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 25) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have **90 days** from the date of this order to file a motion for leave to amend and proposed amended complaint or file a properly supported and complete motion for the Court to issue a Rule 45 subpoena duces tecum.

**IT IS FURTHER ORDERED** that if Plaintiff fails to move to amend or file a motion for issuance of Rule 45 subpoena with 90 days, this action will be dismissed, and the case will be closed.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge